```
                          United States Bankruptcy Court
                           Northern District of Ohio
In re:                                                       Case No. 09-31069-maw
Galen Karter Scott                                           Chapter 13
Nadine Rinas Scott
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0647-3          User: admin              Page 1 of 1              Date Rcvd: Jun 02, 2014
                              Form ID: 213tr           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2014.
db/db         +Galen Karter Scott,   Nadine Rinas Scott,   636 S. Karen Lee Dr,   Port Clinton, OH 43452-9280

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Jun 02 2014 23:40:25      Cynthia J. Thayer,
               US Department of Justice,   201 Superior Avenue,   Suite 441,   Cleveland, OH 44114-1234
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2014                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2014 at the address(es) listed below:
              Craig H. Shopneck - Toledo    officeofstanding@att.net,    toledo13@ecf.epiqsystems.com
              David J Demers    on behalf of Creditor    GreenTree Servicing, LLC ddemers@cdgattorneys.com,
               cbadillo@cdgattorneys.com;bdiehl@cdgattorneys.com
              Edward L Snyder    on behalf of Debtor Nadine Rinas Scott edsnyderlaw@totalink.net
              Edward L Snyder    on behalf of Debtor Galen Karter Scott edsnyderlaw@totalink.net
              Patti H. Bass    on behalf of Creditor    eCAST Settlement Corporation ecf@bass-associates.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**In re:**
Galen Karter Scott
636 S. Karen Lee Dr
Port Clinton, OH 43452

Nadine Rinas Scott
aka Nadine Lynn Scott−
636 S. Karen Lee Dr
Port Clinton, OH 43452

**Case Number:** 09−31069−maw

**Chapter:** 13

**Bankruptcy Judge:** MARY ANN WHIPPLE

# NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE

    In accordance with 28 U.S.C. §586(b) and 11 U.S.C. §1302, Daniel M. McDermott, the United States Trustee, respectfully gives notice that at Midnight on June 1, 2014, Craig H. Shopneck resigned as trustee in all cases in which he serves as the Standing Chapter 13 Trustee in the Northern District of Ohio, Western Division.

    Effective June 1, 2014, Elizabeth Vaughan is appointed and will assume all duties and functions as the Chapter 13 Trustee for all cases previously assigned to Craig H. Shopneck, and cases subsequently filed in the Northern District of Ohio, Western Division.

    The post office box for remitting all Chapter 13 payments will remain the same:

> **Standing Chapter 13 Trustee**
> **Elizabeth Vaughan, Trustee**
> **P.O. Box 712284**
> **Cinncinnati OH 45271−2284**

    **All checks should be made payable to: "Standing Chapter 13 Trustee"**

    The location of the Office of the Standing Chapter 13 Trustee in Toledo, the mailing address, the telephone and fax number, will remain the same.

Respectfully submitted,

Daniel M. McDermott
Untied States Trustee, Region 9 & 12

Form ohnb213tr