Northern District Of Ohio  
United States Bankruptcy Court  
1716 Spielbusch Ave Room 411  
Toledo, OH 43604

**Case No. 09−31069−maw**

**In re:**
Galen Karter Scott               Nadine Rinas Scott
636 S. Karen Lee Dr              **Aka** −Nadine Lynn Scott
Port Clinton, OH 43452           636 S. Karen Lee Dr
                                 Port Clinton, OH 43452

**Social Security No.:**
xxx−xx−3381                      xxx−xx−0306

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Elizabeth A. Vaughan is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 13 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** July 31, 2014                    /s/ Mary Ann Whipple
Form ohnb136                                United States Bankruptcy Judge